UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN RANDOLPH ERRAZO BERNABE,<br><br>  Defendant. | Case No. CR 10 0053 CRB/BZ<br><br>[PROPOSED] TRAVEL ORDER |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant John Bernabe be allowed to travel from San Francisco, California to Palm Springs, California from May 29, 2010 to May 31, 2010 and from Palm Springs, California to San Diego, California from June 1 to June 5, 2010, returning to San Francisco, California on June 5, 2010.

It is further ordered that Mr. Bernabe shall communicate with Pretrial Services before leaving and upon returning to San Francisco, California as directed by Pretrial Services.

IT IS SO ORDERED.

Dated: 20 May 2010

_____
Magistrate Judge Bernard Zimmerman
United States District Court

[PROPOSED] TRAVEL ORDER
CASE NO. CR 10 0053 CRB

1